**Affirmed as Modified and Opinion Filed November 1, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00810-CR**

**No. 05-12-00811-CR**

**BRANDY NICOLE GRAVES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45869, F12-27900**

## OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Appellant pleaded guilty to a theft offense that constituted a state jail felony and a theft offense that constituted a third degree felony. The trial court sentenced her to two years' imprisonment on the state jail felony offense and ten years' imprisonment on the third degree felony offense. As part of the judgment in each case, the trial court assessed costs against appellant in the amount of $244.

In a single issue on appeal, appellant argues there is no evidence in the record to support the trial court's assessment of costs. The State responds that the record supports the costs, but concedes the amount of costs should be $215. We therefore reform the judgments to reflect said amount of costs, and as modified, affirm the trial court's judgments.

Appellant argues we should reform the trial court's judgment to delete the requirement that she pay court costs because the clerk's record does not contain a bill of costs. Following submission of this case, we ordered the Dallas County Clerk to prepare a supplemental clerk's record containing a detailed itemization of the costs and fees assessed in this case along with an explanation of any abbreviations used to define the costs and fees. *See* TEX. CODE CRIM. PROC. ANN. Arts. 103.001,.006 (West 2006). The Dallas County Clerk complied, and provided a supplemental record with a certified bill of costs.

In response to the Court's order requiring supplementation of the record, appellant objected that the bill of costs in the supplemental record is not a "proper bill of costs" and the bill of costs was not filed in the trial court or brought to the trial court's attention before costs were entered in the judgment.

Appellant's objections are not well-taken. A signed and certified certification from the district clerk containing the costs that have accrued to date meets the mandate of the code of criminal procedure. *See id*.; *Coronel v. State*, 2013 WL 3874446, at * 4 (Tex. App. —Dallas 2012, no pet. h.). Further, as the *Coronel* court observed, "court costs are mandated by statute; they are not discretionary and therefore are not subject to approval or authorization by the trial court. Likewise, the code does not require the bill of costs be filed at the time the trial court signs the judgment of conviction." *Id.* Appellant's objections are overruled.

Because the record now contains a bill of costs supporting the assessment of costs in the judgment, appellant's complaint is moot. *Id*.; *see also Franklin v. State*, 402 S.W.3d 894, 895 (Tex. App. —Dallas 2013, no pet.). Appellant's issue is overruled.

The judgments are reformed to reflect that the total amount of costs in each case is $215.

As modified, the trial court's judgments are affirmed.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120810F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRANDY NICOLE GRAVES, Appellant

No. 05-12-00811-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F11-45869-H.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that Appellant's total costs in this matter are $215.
As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered November 1, 2013

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRANDY NICOLE GRAVES, Appellant

No. 05-12-00810-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F12-27900-H.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that Appellant's total costs in this matter are $215.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered November 1, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE